# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE CLEVELAND,<br><br>        Petitioner,<br><br>    v.<br><br>A.P. KANE (Warden),<br><br>        Respondent. | Case No. CV 05-572 PA (CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:  March 9, 2011

_____
PERCY ANDERSON
United States District Judge